## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Glenn A. Jackamonis<br>August T. Munkenbeck Jr.<br>Debtors | CHAPTER 13<br><br>BKY. NO. 16-17766 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of GATEWAY MORTGAGE GROUP, LLC, and index same on the master mailing list.

Re: Loan # Ending In: 8760

Respectfully submitted,

**/s/Denise Carlon, Esquire**
Denise Carlon, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322  FAX (215) 627-7734