IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: GLENN A. JACKAMONIS<br>        AUGUST T. MUNKENBECK, JR.<br>    **Debtor(s)**<br><br>AMERICREDIT FINANCIAL SERVICES,<br>INC. dba GM FINANCIAL<br>    **Moving Party**<br><br>    v.<br><br>GLENN A. JACKAMONIS<br>AUGUST T. MUNKENBECK, JR.<br>    **Respondent(s)**<br><br>WILLIAM C. MILLER<br>    **Trustee** | CHAPTER 13<br><br>CASE NO. 16-17766 (ELF)<br><br>HEARING DATE: **12-22-16 at 10:00 AM**<br><br>11 U.S.C. 362 |

### ORDER MODIFYING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2010 Infiniti G37** bearing vehicle identification number JN1CV6AR4AM459267 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**Order entered by default.**

Dated: 12/27/16

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**