United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Glenn A. Jackamonis
August T. Munkenbeck, Jr.
    Debtors

Case No. 16-17766-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Dec 27, 2016
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2016.
db/jdb         +Glenn A. Jackamonis,   August T. Munkenbeck, Jr.,   830 Jefferson Avenue,
                Bristol, PA 19007-3915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2016 at the address(es) listed below:
         DENISE ELIZABETH CARLON    on behalf of Creditor    GATEWAY MORTGAGE GROUP, LLC
          bkgroup@kmllawgroup.com
         PATRICIA M. MAYER    on behalf of Plaintiff August T. Munkenbeck, Jr. pmayer.esq@comcast.net,
          nydia.ramirez@comcast.net
         PATRICIA M. MAYER    on behalf of Plaintiff Glenn  Jackamonis pmayer.esq@comcast.net,
          nydia.ramirez@comcast.net
         PATRICIA M. MAYER    on behalf of Joint Debtor August T. Munkenbeck, Jr. pmayer.esq@comcast.net,
          nydia.ramirez@comcast.net
         PATRICIA M. MAYER    on behalf of Debtor Glenn A. Jackamonis pmayer.esq@comcast.net,
          nydia.ramirez@comcast.net
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
         WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
          Financial mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: GLENN A. JACKAMONIS ) | |
|       AUGUST T. MUNKENBECK, JR. ) | CHAPTER 13 |
|     **Debtor(s)** ) | |
| ) | CASE NO. 16-17766 (ELF) |
| AMERICREDIT FINANCIAL SERVICES, ) | |
| INC. dba GM FINANCIAL ) | HEARING DATE: **12-22-16 at 10:00 AM** |
|     **Moving Party** ) | |
| ) | |
| ) | 11 U.S.C. 362 |
| v. ) | |
| ) | |
| GLENN A. JACKAMONIS ) | |
| AUGUST T. MUNKENBECK, JR. ) | |
|     **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
|     **Trustee** | |

### ORDER MODIFYING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

    Upon the motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

    **ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2010 Infiniti G37** bearing vehicle identification number JN1CV6AR4AM459267 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

    **Order entered by default.**

Dated: 12/27/16

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**