# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Glenn A. Jackamonis and August T. Munkenbeck, Jr. | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 16-17766 |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Bristol Borough Water & Sewer Authority;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 606.16 has been filed in your name by Patricia A. Mayer, Esquire on April 20, 2017.

Dated: April 21, 2017

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Antoinette Stevenson
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)