United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17766-elf
Glenn A. Jackamonis                                                       Chapter 13
August T. Munkenbeck, Jr.
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1        Date Rcvd: Apr 21, 2017
                            Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2017.
db/jdb        +Glenn A. Jackamonis,    August T. Munkenbeck, Jr.,    830 Jefferson Avenue,
               Bristol, PA 19007-3915
13818912      +Bristol Borough Water & Sewer Authority,    250 Pond Street,    Bristol, PA 19007-4937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    GATEWAY MORTGAGE GROUP, LLC
               bkgroup@kmllawgroup.com
              PATRICIA M. MAYER    on behalf of Joint Debtor August T. Munkenbeck, Jr. pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              PATRICIA M. MAYER    on behalf of Debtor Glenn A. Jackamonis pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              PATRICIA M. MAYER    on behalf of Plaintiff August T. Munkenbeck, Jr. pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              PATRICIA M. MAYER    on behalf of Plaintiff Glenn  Jackamonis pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    GATEWAY MORTGAGE GROUP, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
                                                                                             TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Glenn A. Jackamonis and August T. Munkenbeck, Jr. | | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 16-17766 |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Bristol Borough Water & Sewer Authority;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 606.16 has been filed in your name by Patricia A. Mayer, Esquire on April 20, 2017.

Dated: April 21, 2017

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Antoinette Stevenson
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)