United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Glenn A. Jackamonis  
August T. Munkenbeck, Jr.  
    Debtors

Case No. 16-17766-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: May 05, 2017  
                      Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13836725      E-mail/PDF: cbp@onemainfinancial.com May 06 2017 00:35:29    ONEMAIN,   PO BOX 3251, EVANSVILLE, IN. 47731-3251  
                                                                                                                           TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2017                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2017 at the address(es) listed below:

        DENISE ELIZABETH CARLON   on behalf of Creditor   GATEWAY MORTGAGE GROUP, LLC bkgroup@kmllawgroup.com  
        PATRICIA M. MAYER   on behalf of Plaintiff August T. Munkenbeck, Jr. pmayer.esq@comcast.net, nydia.ramirez@comcast.net  
        PATRICIA M. MAYER   on behalf of Plaintiff Glenn  Jackamonis pmayer.esq@comcast.net, nydia.ramirez@comcast.net  
        PATRICIA M. MAYER   on behalf of Joint Debtor August T. Munkenbeck, Jr. pmayer.esq@comcast.net, nydia.ramirez@comcast.net  
        PATRICIA M. MAYER   on behalf of Debtor Glenn A. Jackamonis pmayer.esq@comcast.net, nydia.ramirez@comcast.net  
        PETER J. ASHCROFT   on behalf of Creditor   Regional Acceptance Corporation pashcroft@bernsteinlaw.com, pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com  
        THOMAS I. PULEO   on behalf of Creditor   GATEWAY MORTGAGE GROUP, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER   ecfemails@ph13trustee.com,   philaecf@gmail.com  
        WILLIAM EDWARD CRAIG   on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM Financial mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com  
                                                                                                                                           TOTAL: 10

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-17766-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Glenn A. Jackamonis
830 Jefferson Avenue
Bristol PA 19007

August T. Munkenbeck, Jr.
830 Jefferson Avenue
Bristol PA 19007

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/04/2017.

Name and Address of Alleged Transferor(s):

Claim No. 9: ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/07/17

Tim McGrath
**CLERK OF THE COURT**