IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>GLENN A. JACKAMONIS, and<br>AUGUST T. MUNKENBECK, JR.,<br><br>     Debtors,<br><br>REGIONAL ACCEPTANCE<br>CORPORATION,<br>     Movant<br><br>   v.<br><br>GLENN A. JACKAMONIS, and<br>AUGUST T. MUNKENBECK, JR., and<br>WILLIAM C. MILLER, Ch. 13 Trustee,<br><br>     Respondents | Bankruptcy No. 16-17766-elf<br><br>Chapter 13<br><br>Related to Doc. No. 42 |

CERTIFICATE OF NO OBJECTION OR RESPONSE

   The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 42 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon.  Pursuant to the Notice of Motion, Response Deadline and Hearing Date, objections to the motion were to be filed and served no later than May 15, 2017.  It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: May 16, 2017

Respectfully submitted,

By: /s/ Peter J. Ashcroft
Peter J. Ashcroft, Esq.
PA I.D. #87317
pashcroft@bernsteinlaw.com
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135
Counsel for Regional Acceptance
Corporation