UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
   Glenn A. Jackamonis and                   :         Chapter 13
   August T. Munkenbeck, Jr.,                :
                                                                       :
      Debtors.                              :
                                                                       :         Bankruptcy No. 16-17766-elf

## PRAECIPE TO CHANGE ADDRESS

To the Clerk:

    Please be advised that the correct street and mailing address for the above Debtors is:

    505 Serrill Drive, Hatboro, PA   19040

    Please change your records accordingly.


                                                  /s/   Patricia M. Mayer
                                                  Patricia M. Mayer, Esquire
                                                  WATERMAN & MAYER, LLP
                                                  301 Oxford Valley Road, Suite 203B
                                                  Yardley, PA 19067
                                                  (215)493-4300
                                                  Attorney for Debtors

Dated:   July 11, 2017