United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Glenn A. Jackamonis
August T. Munkenbeck, Jr.
    Debtors

Case No. 16-17766-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jul 27, 2017
                      Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13834673      +E-mail/PDF: cbp@onemainfinancial.com Jul 28 2017 01:45:29      OneMain,    PO Box 3251,      Evansville, IN 47731-3251
                                                                                                                                            TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:
           DENISE ELIZABETH CARLON    on behalf of Creditor    GATEWAY MORTGAGE GROUP, LLC
            bkgroup@kmllawgroup.com
           PATRICIA M. MAYER    on behalf of Plaintiff August T. Munkenbeck, Jr. pmayer.esq@comcast.net,
            nydia.ramirez@comcast.net
           PATRICIA M. MAYER    on behalf of Plaintiff Glenn  Jackamonis pmayer.esq@comcast.net,
            nydia.ramirez@comcast.net
           PATRICIA M. MAYER    on behalf of Joint Debtor August T. Munkenbeck, Jr. pmayer.esq@comcast.net,
            nydia.ramirez@comcast.net
           PATRICIA M. MAYER    on behalf of Debtor Glenn A. Jackamonis pmayer.esq@comcast.net,
            nydia.ramirez@comcast.net
           PETER J. ASHCROFT    on behalf of Creditor   Regional Acceptance Corporation
            pashcroft@bernsteinlaw.com,
            pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com
           THOMAS I. PULEO    on behalf of Creditor    GATEWAY MORTGAGE GROUP, LLC tpuleo@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
           WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                                      TOTAL: 10

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-17766-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Glenn A. Jackamonis<br>505 Serrill Drive<br>Hatboro PA 19040 | August T. Munkenbeck, Jr.<br>505 Serrill Drive<br>Hatboro PA 19040 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/26/2017.

Name and Address of Alleged Transferor(s):

Claim No. 6: OneMain, PO Box 3251, Evansville, IN 47731

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/29/17

Tim McGrath
**CLERK OF THE COURT**