# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Glenn A. Jackamonis<br>        August T. Munkenbeck Jr.<br>                    Debtors | Chapter 13 |
| GATEWAY MORTGAGE GROUP, LLC<br>              v.<br>Glenn A. Jackamonis<br>August T. Munkenbeck Jr.<br>              and<br>William C. Miller Esq.<br>                    Trustee | NO. 16-17766 ELF |

## ORDER

AND NOW, this  18th  day of  August  , 2017 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties  it is ORDERED  that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 is modified to allow GATEWAY MORTGAGE GROUP, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 830 Jefferson Avenue Bristol, PA
19007.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Glenn A. Jackamonis
830 Jefferson Avenue
Bristol , PA 19007
August T. Munkenbeck Jr.
830 Jefferson Avenue
Bristol, PA 19007

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Patricia M. Mayer Esq.
301 Oxford Valley Road
Suite 203B
Yardley, PA 19067

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532