United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-17766-elf
Glenn A. Jackamonis                                                         Chapter 13
August T. Munkenbeck, Jr.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett       Page 1 of 1            Date Rcvd: Aug 18, 2017
                              Form ID: pdf900       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2017.
db/jdb          +Glenn A. Jackamonis,   August T. Munkenbeck, Jr.,   505 Serrill Drive,   Hatboro, PA 19040-1420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor    GATEWAY MORTGAGE GROUP, LLC
           bkgroup@kmllawgroup.com
          PATRICIA M. MAYER    on behalf of Joint Debtor August T. Munkenbeck, Jr. pmayer.esq@comcast.net,
           nydia.ramirez@comcast.net
          PATRICIA M. MAYER    on behalf of Debtor Glenn A. Jackamonis pmayer.esq@comcast.net,
           nydia.ramirez@comcast.net
          PATRICIA M. MAYER    on behalf of Plaintiff August T. Munkenbeck, Jr. pmayer.esq@comcast.net,
           nydia.ramirez@comcast.net
          PATRICIA M. MAYER    on behalf of Plaintiff Glenn  Jackamonis pmayer.esq@comcast.net,
           nydia.ramirez@comcast.net
          PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
           pashcroft@bernsteinlaw.com,  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    GATEWAY MORTGAGE GROUP, LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    GATEWAY MORTGAGE GROUP, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
           Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                      TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Glenn A. Jackamonis<br>        August T. Munkenbeck Jr.<br>                        Debtors | Chapter 13 |
| GATEWAY MORTGAGE GROUP, LLC<br>                  v.<br>Glenn A. Jackamonis<br>August T. Munkenbeck Jr.<br>                  and<br>William C. Miller Esq.<br>                        Trustee | NO. 16-17766 ELF |

## ORDER

AND NOW, this 18th  day of  August    , 2017 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties  it is ORDERED  that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 is modified to allow  GATEWAY MORTGAGE GROUP, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 830 Jefferson Avenue Bristol, PA

19007.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**

Glenn A. Jackamonis
830 Jefferson Avenue
Bristol , PA 19007
August T. Munkenbeck Jr.
830 Jefferson Avenue
Bristol, PA 19007

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Patricia M. Mayer Esq.
301 Oxford Valley Road
Suite 203B
Yardley, PA 19067

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532