## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Glenn A. Jackamonis
       August T. Munkenbeck Jr.
                Debtors

GATEWAY MORTGAGE GROUP, LLC
                Movant
       vs.

Glenn A. Jackamonis
August T. Munkenbeck Jr.
                Debtors

CHAPTER 13

NO. 16-17766 ELF

11 U.S.C. Section 362

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of GATEWAY MORTGAGE GROUP, LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about January 13, 2017 (Doc. No. 22).

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Denise E. Carlon, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

August 21, 2017