UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
   Glenn A. Jackamonis and : Chapter 13
   August T. Munkenbeck, Jr., :
      Debtors. :
    : Bankruptcy No. 16-17766-elf

## ORDER

**AND NOW**, this  12th  day of  September , 2017, upon consideration of the Application for Compensation and Reimbursement of Expenses filed by Patricia M. Mayer, attorney for Debtors, and after notice and hearing, it is hereby,

**ORDERED** that compensation in the amount of $**3,500.00**, of which **$1,500.00** has been paid, and reimbursement of **$174.96** in actual, necessary expenses are **ALLOWED**.

The Chapter 13 Standing Trustee is hereby authorized to pay $2,174.96 to Patricia M. Mayer, to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**