UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                         :
   Glenn A. Jackamonis and                   :         Chapter 13
   August T. Munkenbeck, Jr.,                :
                                                               :
      Debtors.                                  :
                                                               :         Bankruptcy No. 16-17766-elf

## PRAECIPE TO CHANGE ADDRESS

To the Clerk:

   Please be advised that the correct street and mailing address for the above Debtors is:

   20 Crestwood Court
   Lansdale, PA   19446

   Please change your records accordingly.


                      /s/   Patricia M. Mayer
                      Patricia M. Mayer, Esquire
                      WATERMAN & MAYER, LLP
                      301 Oxford Valley Road, Suite 203B
                      Yardley, PA 19067
                      (215)493-4300
                      Attorney for Debtors

Dated:   February 2, 2018