# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-17766-ELF

GLENN A. JACKAMONIS
AUGUST T. MUNKENBECK, JR.
20 CRESTWOOD COURT

LANSDALE, PA 19446-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    GLENN A. JACKAMONIS
    AUGUST T. MUNKENBECK, JR.
    20 CRESTWOOD COURT

    LANSDALE, PA 19446-

Counsel for debtor(s), by electronic notice only.

    PATRICIA M. MAYER, ESQUIRE
    WATERMAN & MAYER  LLP
    301 OXFORD VALLEY RD - SUITE 203B
    YARDLEY, PA 19067-

Date: 2/15/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee