**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                      Chapter 13

                                      Bankruptcy No. 16-17766-ELF

GLENN A. JACKAMONIS
AUGUST T. MUNKENBECK, JR.
20 CRESTWOOD COURT

LANSDALE, PA 19446-

      Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    GLENN A. JACKAMONIS
    AUGUST T. MUNKENBECK, JR.
    20 CRESTWOOD COURT

    LANSDALE, PA 19446-

Counsel for debtor(s), by electronic notice only.

    PATRICIA M. MAYER, ESQUIRE
    WATERMAN & MAYER  LLP
    301 OXFORD VALLEY RD - SUITE 203B
    YARDLEY, PA 19067-

                                                              /S/ William C. Miller

Date: 9/21/2018                                           _____

                                                               William C. Miller, Esquire
                                                              Chapter 13 Standing Trustee