UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
   Glenn A. Jackamonis and           :        Chapter 13
   August T. Munkenbeck, Jr.,        :
                                                    :
   Debtors.                          :
                                                    :        Bankruptcy No. 16-17766-elf

## PRAECIPE TO CHANGE ADDRESS

To the Clerk:

Please be advised that the correct street and mailing address for the above Debtors is:

2209 SE 8th Terrace, Cape Coral, FL   33990

Please change your records accordingly.

                      /s/   Patricia M. Mayer
                      Patricia M. Mayer, Esquire
                      WATERMAN & MAYER, LLP
                      301 Oxford Valley Road, Suite 203B
                      Yardley, PA 19067
                      (215)493-4300
                      Attorney for Debtors

Dated:   December 13, 2018