# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: Glenn A. Jackamonis
August T. Munkenbeck, Jr.
Debtor(s)

Case No. 16-17766
Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 150.00 |
   | Prior to the filing of this statement I have received | $ 150.00 |
   | Balance Due | $ 0.00 |

2. $ 0.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:
   ☒ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:
   ☒ Debtor   ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **The $150 fee is for cost for the conversion to Chapter 7**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Adversary Proceedings, Trustee Audits, 2004 Exams, Objections to Claims, Objections to Exemptions, conversions to another chapter and all post-confirmation work. These services are billed separately at my regular hourly rate of $300/hr.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

March 14, 2019
Date

/s/ Patricia M. Mayer, Esquire
Patricia M. Mayer, Esquire
*Signature of Attorney*
Patricia M. Mayer, P.C.
301 Oxford Valley Road
Suite 203B
Yardley, PA 19067
(215) 493-4300  Fax: (215) 493-4304
*Name of law firm*