United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Glenn A. Jackamonis
August T. Munkenbeck, Jr.
    Debtors

Case No. 16-17766-elf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: May 17, 2019
                    Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2019.
db/jdb       +Glenn A. Jackamonis,   August T. Munkenbeck, Jr.,   2209 SE 8th Terrace,   Cape Coral, FL 33990-2798

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2019 at the address(es) listed below:
        DENISE ELIZABETH CARLON    on behalf of Creditor    GATEWAY MORTGAGE GROUP, LLC bkgroup@kmllawgroup.com
        PATRICIA M. MAYER    on behalf of Joint Debtor August T. Munkenbeck, Jr. patriciamayerpc@gmail.com, nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
        PATRICIA M. MAYER    on behalf of Debtor Glenn A. Jackamonis patriciamayerpc@gmail.com, nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
        PATRICIA M. MAYER    on behalf of Plaintiff August T. Munkenbeck, Jr. patriciamayerpc@gmail.com, nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
        PATRICIA M. MAYER    on behalf of Plaintiff Glenn  Jackamonis patriciamayerpc@gmail.com, nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
        PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor    GATEWAY MORTGAGE GROUP, LLC bkgroup@kmllawgroup.com
        TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
        THOMAS I. PULEO    on behalf of Creditor    GATEWAY MORTGAGE GROUP, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                        TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| In re: | : Chapter 7 |
| Glenn A. Jackamonis and August T. Munkenbeck, Jr. | : Case No. 16−17766−elf |
| Debtor(s) | |

### *ORDER*
_____

AND NOW, this day , 17th day of May, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

101
Form 195