United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17766-elf
Glenn A. Jackamonis                                                       Chapter 7
August T. Munkenbeck, Jr.
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett              Page 1 of 3              Date Rcvd: May 17, 2019
                              Form ID: 318                 Total Noticed: 94

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2019.
```
db/jdb         +Glenn A. Jackamonis,    August T. Munkenbeck, Jr.,    2209 SE 8th Terrace,
                 Cape Coral, FL 33990-2798
13818906       +AR Resources,    PO Box 1056,    Blue Bell, PA 19422-0287
13818904       +Allied Interstate,    12755 Highway 55,    Minneapolis, MN 55441-3837
13824026       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13835722       +Baylor Medical-Grapevine,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
13818909       +Baylor Regional Medical Ctr,    2001 Bryan Street, Ste. 2600,    Dallas, TX 75201-3065
13818910       +Berkheimer Tax Administrator,    HAB-EIT,    PO Box 25159,    Lehigh Valley, PA 18002-5159
13818911       +Berks Credit & Collection,    Dept 14674,    PO Box 1259,    Oaks, PA 19456-1259
13818912       +Bristol Borough Water & Sewer Authority,    250 Pond Street,    Bristol, PA 19007-4937
13818913       +Bucks County Orthopedic Spec,    800 W. State Street,    Suite 201,    Doylestown, PA 18901-5842
13818914       +Cardholders Services/Verve,    PO Box 8099,    Newark, DE 19714-8099
13818915       +CareFlite,    PO Box 740847,    Dallas, TX 75374-0847
13818916       +Central Bucks Urology, PC,    102 Progress Drive,    Suite 101,    Doylestown, PA 18901-2516
13818917        Century Integrated Partner,    PO Box 99006,    Las Vegas, NV 89193-9006
13818919       +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
13871663        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA   98083-0657
13818923       +Dermatology & Mohs Surgery Center, PC,    PO Box 9300,    Providence, RI 02940-9300
13818924       +Doylestown Emergency Assoc,    595 West State Street,    Doylestown, PA 18901-2554
13818925       +Doylestown Hospital,    525 State Street,    Doylestown, PA 18901-4737
13818926        Encore Receivable Mgmt., Inc.,    Po Box 3330,    Olathe, KS 66063-3330
13818927        Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
13818929        First National Credit Card,    PO Box 5097,    Sioux Falls, SD 57117-5097
13818932        First Savings Credit Card,    PO Box 5019,    Sioux Falls, SD 57117-5019
13840199       +GATEWAY MORTGAGE GROUP, LLC,    PO Box 1560,    Jenks, OK 74037-1560
13818933        Galiani Ophthalmology Associates, PC,    14A Memorial Drive,    Doylestown, PA 18901-3529
13818934        Gateway Mortgage Group,    PO Box 619033,    Dallas, TX 75261-9033
13818936       +Group Anesthesiology Services,    PO Box 8500,    Philadelphia, PA 19178-8500
13818937        Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
13902960       +Hop Energy dba DDM Energy,    DDM Energy,    841 Lincoln Avenue,    West Chester, PA 19380-4435
13818939       +Institute for Dermatopathology,    PO Box 830913,    Birmingham, AL 35283-0913
13818941        Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
13818942       +LifeBridge Health,    PO Box 549,    Lutherville Timonium, MD 21094-0549
13818944      ++MERCY ANESTHESIOLOGY ASSOCIATES,    200 EAST LEXINGTON STREET,    SUITE 907,
                 BALTIMORE MD 21202-3525
                (address filed with court: Mercy Anesthesiology Associates,     200 E. Lexington St.,    Suite 907,
                 Baltimore, MD 21202)
13818945       +Mercy Health Services,    PO Box 3475,    Toledo, OH 43607-0475
13818948        NAPA,    PO Box 287,    Glen Head, NY 11545-0287
13818950       +NJ EZ Pass Violations Processing Ctr,    PO Box 4971,    Trenton, NJ 08650-4971
13835611       +New Jersey Turnpike Authority,    Mark Schneider, Esquire,    581 Main Street,    PO BOX 5042,
                 Woodbridge, NJ 07095-5042
13818951       +One Main Financial,    Levittown Town Center,    187 Kenwood Drive N., Ste. C,
                 Levittown, PA 19055-2460
13818953       +PA Turnpike Toll by Plate,    8000C Derry Street,    Harrisburg, PA 17111-5200
13818954       +Parlee & Tatem Radiologists,    PO Box 371863,    Pittsburgh, PA 15250-7863
13896213       +Patricia M. Mayer, Esquire,    Waterman & Mayer, LLP,    301 Oxford Valley Rd., Ste. 203B,
                 Yardley, PA 19067-7708
13850045       +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13818957        Professional Account Management LLC,    PO Box 1520,    Milwaukee, WI 53201-1520
13818959       +Rheumatic Disease & Assoc,    2360 Maryland Road,    Willow Grove, PA 19090-1709
13818961       +Sinai Hospital,    PO Box 62540,    Baltimore, MD 21264-2540
13818962       +Springleaf,    Snyder Square,    1540 Cowpath Road, Ste. 126,    Hatfield, PA 19440-3185
13818963       +St. Paul Place Specialists, Inc.,    c/o Bloom & Associates, PA,    1220A East Joppa Road,
                 Suite 223,    Towson, MD 21286-5817
13818964       +Surgical Associates,    c/o AR Resources,    PO Box 1056,    Blue Bell, PA 19422-0287
13818972       +WE Florida Financial,    PO Box 14548,    Fort Lauderdale, FL 33302-4548
13828438       +We Florida Financial,    1982 N. State Road 7,    Margate, FL 33063-5710
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              EDI: BTPDERSHAW.COM May 18 2019 06:23:00      TERRY P. DERSHAW,    Dershaw Law Offices,
                 P.O. Box 556,    Warminster, PA  18974-0632
smg             E-mail/Text: megan.harper@phila.gov May 18 2019 02:29:19      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 18 2019 02:29:07      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
```

```
District/off: 0313-2          User: Antoinett            Page 2 of 3              Date Rcvd: May 17, 2019
                              Form ID: 318               Total Noticed: 94


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13818902      +EDI: AFNIRECOVERY.COM May 18 2019 06:23:00      AFNI,    PO Box 3097,
                Bloomington, IL 61702-3097
13818907       EDI: CINGMIDLAND.COM May 18 2019 06:23:00      AT&T Mobility,    PO Box 537104,
                Atlanta, GA 30353-7104
13818901      +E-mail/Text: EBN_Greensburg@Receivemorermp.com May 18 2019 02:29:39      Abington Orthopaedic,
                c/o Berks Credit & Collection,    900 Corporate Drive,    Reading, PA 19605-3340
13818903      +E-mail/Text: kristin.villneauve@allianceoneinc.com May 18 2019 02:28:19      Alliance One,
                4850 Street Rd., Ste. 300,    Feasterville Trevose, PA 19053-6643
13818905      +E-mail/Text: broman@amhfcu.org May 18 2019 02:28:58      American Heritage FCU,
                2060 Red Lion Road,    Philadelphia, PA 19115-1699
13818908      +E-mail/Text: aleasure@autotrakk.com May 18 2019 02:29:35      Autotrakk, LLC,
                1500 Sycamore Road,    Montoursville, PA 17754-9416
13867174      +E-mail/Text: bankruptcy@cavps.com May 18 2019 02:29:04      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13818920       EDI: COMCASTCBLCENT May 18 2019 06:23:00      Comcast,    PO box 3002,
                Southeastern, PA 19398-3002
13818921      +EDI: CONVERGENT.COM May 18 2019 06:23:00      Convergent Outsourcing, Inc.,    800 SW 39th Street,
                PO Box 9004,    Renton, WA 98057-9004
13818922       EDI: RCSFNBMARIN.COM May 18 2019 06:23:00      Credit One Bank,    PO Box 98872,
                Las Vegas, NV 89193-8872
13818928      +E-mail/Text: bankruptcy@fncbinc.com May 18 2019 02:28:15
                First National Collection Bureau, Inc.,    610 Waltham Way,    Sparks, NV 89437-6695
13818931       EDI: AMINFOFP.COM May 18 2019 06:23:00      First Premier Bank,    Po Box 5529,
                Sioux Falls, SD 57117-5529
13818930      +EDI: AMINFOFP.COM May 18 2019 06:23:00      First Premier Bank,    3820 N. Louise Avenue,
                Sioux Falls, SD 57107-0145
13818935      +EDI: PHINAMERI.COM May 18 2019 06:23:00      GM Financial,    PO Box 181145,
                Arlington, TX 76096-1145
13818938      +EDI: IIC9.COM May 18 2019 06:23:00      IC Systems Collection,    PO Box 64378,
                Saint Paul, MN 55164-0378
13818940      +EDI: IRS.COM May 18 2019 06:23:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
13863807       EDI: JEFFERSONCAP.COM May 18 2019 06:23:00      Jefferson Capital Systems LLC,    Po Box 7999,
                Saint Cloud Mn 56302-9617
13861364       EDI: RESURGENT.COM May 18 2019 06:23:00      LVNV Funding, LLC its successors and assigns as,
                assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13850044       EDI: MERRICKBANK.COM May 18 2019 06:23:00      MERRICK BANK,    Resurgent Capital Services,
                PO Box 10368,    Greenville, SC 29603-0368
13867154      +EDI: MID8.COM May 18 2019 06:23:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                WARREN, MI 48090-2011
13818943       EDI: TSYS2.COM May 18 2019 06:23:00      Macy's,    PO Box 183083,    Columbus, OH 43218-3083
13818946       EDI: MERRICKBANK.COM May 18 2019 06:23:00      Merrick Bank,    PO Box 660702,
                Dallas, TX 75266-0702
13818947      +EDI: TCISOLUTIONS.COM May 18 2019 06:23:00      Mid America Bank & Trust/Emblem,    PO Box 89210,
                Sioux Falls, SD 57109-9210
13818949      +E-mail/Text: Bankruptcies@nragroup.com May 18 2019 02:29:37      National Recovery Agency,
                2491 Paxton Street,    Harrisburg, PA 17111-1036
13834673      +EDI: AGFINANCE.COM May 18 2019 06:23:00      OneMain,    PO Box 3251,    Evansville, IN 47731-3251
13818952       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 18 2019 02:28:45      PA Department of Revenue,
                Bureau of Compliance,    Bankruptcy Division,    PO Box 28046,    Harrisburg, PA 17128-0946
13818955      +E-mail/Text: bankruptcygroup@peco-energy.com May 18 2019 02:28:26      PECO,
                2301 Market Street,    S10-1,    Philadelphia, PA 19103-1338
13857277      +E-mail/Text: bankruptcygroup@peco-energy.com May 18 2019 02:28:26      PECO Energy Company,
                Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13884369       EDI: PRA.COM May 18 2019 06:23:00      Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk VA 23541
13823823      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 18 2019 02:28:45
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
13818956      +E-mail/Text: bankruptcydepartment@tsico.com May 18 2019 02:29:31      Pinnacle ENT Associates,
                c/o TSI,    507 Prudential Road,    Horsham, PA 19044-2308
13825681       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 18 2019 02:41:52      Regional Acceptance Corporation,
                PO Box 1847,    Wilson, NC 27894-1847
13818958      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 18 2019 02:41:52      Regional Acceptance Corporation,
                PO  Box Box 830913,    Birmingham, AL 35283-0913
13818960       EDI: DRIV.COM May 18 2019 06:23:00      Santander Consumer USA,    Attn: Bankruptcy Department,
                PO Box 560284,    Dallas, TX 75356-0284
13818965      +EDI: RMSC.COM May 18 2019 06:23:00      Syncb/Amazon,    PO Box 965015,    Orlando, FL 32896-5015
13818966       EDI: RMSC.COM May 18 2019 06:23:00      Syncb/Care Credit,    PO Box 960061,
                Orlando, FL 32896-0061
13818967      +EDI: RMSC.COM May 18 2019 06:23:00      Synchrony Bank/Care Credit,    PO Box 965036,
                Orlando, FL 32896-5036
13818968      +EDI: AFFILIATEDGRP.COM May 18 2019 06:23:00      The Affiliated Group,
                7381 Airport View Dr. SW,    Rochester, MN 55902-1875
13818969       EDI: VERIZONCOMB.COM May 18 2019 06:23:00      Verizon,    500 Technology Drive,    Suite 300,
                Saint Charles, MO 63304-2225
```

```
District/off: 0313-2          User: Antoinett              Page 3 of 3                  Date Rcvd: May 17, 2019
                              Form ID: 318                 Total Noticed: 94

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13818970        +EDI: VERIZONCOMB.COM May 18 2019 06:23:00     Verizon Wireless,    455 Duke Drive,
                 Franklin, TN 37067-2701
13818971        +EDI: RMSC.COM May 18 2019 06:23:00     Walmart/Synchrony Bank,    PO Box 955024,
                 Orlando, FL 32896-0001
                                                                                               TOTAL: 44

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
13818918*        Century Integrated Partner Inc.,    PO Box 99006,    Las Vegas, NV 89193-9006
13836725*        ONEMAIN,    PO BOX 3251,    EVANSVILLE, IN. 47731-3251
13913175*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk, VA 23541)
                                                                                 TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2019 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    GATEWAY MORTGAGE GROUP, LLC
               bkgroup@kmllawgroup.com
              PATRICIA M. MAYER    on behalf of Plaintiff Glenn  Jackamonis patriciamayerpc@gmail.com,
               nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
              PATRICIA M. MAYER    on behalf of Joint Debtor August T. Munkenbeck, Jr. patriciamayerpc@gmail.com,
               nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
              PATRICIA M. MAYER    on behalf of Debtor Glenn A. Jackamonis patriciamayerpc@gmail.com,
               nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
              PATRICIA M. MAYER    on behalf of Plaintiff August T. Munkenbeck, Jr. patriciamayerpc@gmail.com,
               nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
              PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    GATEWAY MORTGAGE GROUP, LLC bkgroup@kmllawgroup.com
              TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    GATEWAY MORTGAGE GROUP, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
                Financial ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 11
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Glenn A. Jackamonis** | Social Security number or ITIN | **xxx–xx–9634** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **August T. Munkenbeck Jr.** | Social Security number or ITIN | **xxx–xx–8420** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | |
| Case number: | **16–17766–elf** | | |

## Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Glenn A. Jackamonis                                      August T. Munkenbeck Jr.

5/17/19                                                  **By the court:**   Eric L. Frank
                                                                              United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                        **Order of Discharge**                        page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2